UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
IRENE HARRIS,

                     Plaintiff,

                                                   Stipulation and Order
                                                 of Remand
    v.                                               6:17-CV-0760-DEP

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

                     Defendant.
---------------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the plaintiff and defendant, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

      The Clerk is directed to enter judgment.  See Shalala v. Schaefer, 509, U.S. 292 (1993).

Dated: February 1, 2018

IT IS SO ORDERED:

/s/ David E. Peebles
David E. Peebles
U.S. Magistrate Judge

Dated:   2/2/2018

By:  /s/ Peter W. Antonowicz
PETER W. ANTONOWICZ, ESQ.
Attorney for Plaintiff
148 w Dominick St
Rome, NY 13440
(315) 337-4008

GRANT C. JAQUITH
United States Attorney
Northern District of New York

By: /s/ David L. Brown
David L. Brown
Special Assistant U.S. Attorney
United States Attorney's Office
c/o Social Security Administration
Office of the General Counsel
26 Federal Plaza - Room 3904
New York, New York 10278-0004
(212) 264-2059
Email: david.brown@ssa.gov